**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daphanie Culton, *et al.*,

          Plaintiff(s),

vs.

TGI Friday's, Inc.,

          Defendant(s).

2:24-cv-00989-DJA

**Order**

IT IS ORDERED that the *Motion for Exception to Attendance of Insurance Carrier* (ECF No. 10) is GRANTED.

Defendant TGI Friday's, Inc. is responsible for facilitating the telephonic participation of insurance representative, Jamie Liebman, at the ENE.

DATED this 26th day of June 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge