Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant TGI Friday's, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAPHANIE CULTON, an individual; and CAMARI WILLIAMS, an individual,<br><br>Plaintiffs,<br>vs.<br><br>TGI FRIDAYS, INC., a Foreign Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:24-cv-00989-DJA<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE A SECOND AMNEDED COMPLAINT AND EXTEND TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND HOLD 26(F) CONFERENCE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, LR 7-1, and Fed. R. Civ. Pro. 15(a)(1)(2), Plaintiffs Daphanie Culton ("Culton") and Camari Williams ("Williams") (collectively "Plaintiffs") and Defendant TGI Fridays, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant consents to Plaintiffs' filing a Second Amended Complaint ("SAC") no later than Wednesday, July 17, 2024.

2. Plaintiffs will provide Defendant with the opportunity to review the SAC at least 48 hours prior to filing the SAC (i.e., Monday, July 15, 2024).

3. Following the filing of the SAC, Defendant will have an extension of fourteen (14) days to answer, move, or otherwise respond, including the fourteen (14) days for the typical

Response deadline, giving Defendant four (4) weeks, or twenty-eight (28) days, in which to respond from the date the SAC is filed.

      4. The Parties further request that the deadline to hold the Fed. R. Civ. Pro. 26(f) conference be extended and to be held no later than Friday, July 19, 2024. The conference has not been held as the First Amended Complaint, which revised the Original Complaint to include class and collective claims, was filed the day before the Parties' scheduled case conference. The Parties believe that it would be more efficient to hold the case conference after Plaintiffs' file their SAC.

This is the parties' first request for an extension of time to amend the pleadings and respond to the same.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 8th day of July, 2024.    DATED this 8th day of July, 2024.

RAFII & ASSOCIATES, P.C.    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Jason Kuller*    /s/ *Elody C. Tignor*

Jason Kuller    Anthony L. Martin
Nevada Bar No. 12244    Nevada Bar No. 8177
Shay Digenan    Elody C. Tignor
Nevada Bar No. 16397    Nevada Bar No. 15663
1120 N. Town Center Dr., Ste. 130    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Las Vegas, NV 89144    10801 W. Charleston Blvd.
    Suite 500
*Attorneys for Plaintiffs*    Las Vegas, NV 89135

    *Attorneys for Defendant TGI Friday's, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

7/9/2024
_____
DATED

- 2 -