Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant TGI Friday's, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAPHANIE CULTON, an individual; and CAMARI WILLIAMS, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs, <br>vs. <br><br>TGI FRIDAYS, INC., a Foreign Corporation; and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No.: 2:24-cv-00989-DJA <br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

Individual Plaintiffs Daphanie Culton ("Plaintiff Culton") and Camari Williams ("Plaintiff Williams") (collectively referred to as "Plaintiffs"), along with Defendant TGI Fridays, Inc. ("Defendant") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby request the Early Neutral Evaluation (ENE) Session presently scheduled for August 12, 2024 at 9:00 a.m., before U.S. Magistrate Judge Maximiliano D. Couvillier, III (ECF No. 9), be vacated.

Due to Plaintiffs' recent filing of their Third Amended Complaint with Class and Collective Action ("TAC") (ECF No. 21), the Parties do not believe an ENE Session would be productive. The interests of the class members in conjunction with Plaintiff Culton's and Plaintiff Williams' individual claims are diverse, making it difficult to reach a settlement.

This Stipulation is made in good faith and is not intended for purposes of delay.

IT IS SO STIPULATED.

DATED this 2nd day of August, 2024.

RAFII & ASSOCIATES, P.C.

/s/ *Jason Kuller*

Jason Kuller
Nevada Bar No. 12244
Shay Digenan
Nevada Bar No. 16397
1120 N. Town Center Dr., Ste. 130
Las Vegas, NV 89144

*Attorneys for Plaintiffs*

DATED this 2nd day of August, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Elody C. Tignor*

Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant TGI Friday's, Inc.*

**ORDER**

The Court finds good cause to grant the parties' stipulation and exempts the matter from the early neutral evaluation requirements of LR 16-6.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: 8/2/2024